Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 2917 | **DATE** | 10/18/2010 |
| **CASE TITLE** | Edward Draine vs. Chad Bauman, et al. | | |

**DOCKET ENTRY TEXT**

The court proposes to ask the following questions of the prospective jurors. The list of questions tracks and expands upon the questions the parties asked in the pretrial order to be put to the jurors. The actual questions can be seen by clicking the box below that says "For further details see text below."

■[ For further details see text below.]

Notices mailed by Judicial staff.

---

## STATEMENT

### QUESTIONS FOR PROSPECTIVE JURORS
### Magistrate Judge Jeffrey Cole

### Edward Draine v. Chad Bauman (09 C 2917)

Thank you for serving in the jury pool for the United States District Court. The following questions will be asked of each of you by Judge Cole to elicit some basic information about you. Additional questions may be asked in light of your answers. If you are uncomfortable answering any question in open court, please indicate to the judge, and he will be happy to speak with you privately with the attorneys for the parties outside the hearing of your fellow prospective jurors.

None of the questions that will be asked are meant in any way to be embarrassing or intrusive. They are being asked merely to ensure that the parties can have the best available information to be able to select the kind of fair and impartial jury that each of you would want if you were a party in this case. Your cooperation and participation in this important process is greatly appreciated.

The plaintiff in this case is Edward Draine and the defendant is Officer Chad Bauman. Do any of you know either of these individuals?

Counsel for the plaintiff is Kurt Feuer. Do any of you know him?

Counsel for Officer Bauman are Thomas J. Aumann and Alec M. McAusland. Do any of you know either of these individuals?

09C2917 Edward Draine vs. Chad Bauman, et al.

Page 1 of 3

## STATEMENT

The prospective witnesses in the case, besides, Mr. Draine and Mr. Bauman, are:

- Brittney McGee
- Sergeant John Lucid
- Karl Ringel
- Sherida Randolph
- Andy Kicta
- Bob Nealon
- Officer Joshua Percus
- Dragana Djordjevic Bender
- Officer Zuzanna Matysiak
- Detective Michael Sobon
- Don Morris

Do any of you know any of these individuals?

Please answer the following questions when asked:

1. Your full name, spell the last name.

2. Your age.

3. Where do you presently reside?

4 City of residence for the last 5 years (not the address) if other than current residence.

5. Marital status (single, married, divorced, widowed).

6. Whether you have children (number, ages and occupations).

7. Educational background.

8. Military service, if any (branch, years of service, rank, duties, type of discharge).

9. Your employment for the last 5 years (employer and job description).

10. Employment of persons living with you:
    spouse;
    children;
    parents;
    roommates, others.

11. Have you or any member of your family ever been employed by the City of Chicago, or the Chicago Police Department, any Sheriff's Department or law enforcement agency for any city or state or the United States?

## STATEMENT

12.     Outside interests and hobbies; favorite TV and radio shows, newspapers and magazines.

13.     Are you or your spouse a member of any trade or professional association, union, civic club or other organization?

14.     Have you in the past 10 years served on a jury?  If so, when and what kind of case; whether a verdict was reached (do not disclose what the verdict was).

15.     Have you or a close friend or member of your immediate family been a party to or a witness in a civil lawsuit, administrative action or criminal case (other than a routine traffic case)?  If so, the type of proceeding(s), date(s), and nature of your involvement (plaintiff, defendant, witness, crime victim, etc.).

16.     Have you, a close friend or relative ever been the victim of a crime of any kind?
        If so, did it have an effect on your view of the police?  What was that effect?

17.     Do you hold any philosophical, religious, or any other kind of beliefs that would prevent you from sitting in judgment of another person?

18.     Is there anything about the fact that the case is brought by a private citizen against a Chicago Police Officer that would affect your ability to be a fair and impartial juror to both sides?

19.     Do you have any relatives or friends who in the last 5 years have served on any police force or have worked for any federal or law enforcement agency?

20.     If the answer is yes, is there anything about that employment or any information that they may have provided you or discussions you have had that would affect your ability to be as fair and impartial juror to all parties in this case?

21.     Have you, a relative, or a close friend had any dealings, whether positive or negative, with any law enforcement officer that, as a consequence, left you with any particular feelings about police officers, either good or bad?

22.     If the answer is yes, please explain.

23.      Would those feelings make it difficult for you to be a fair and impartial juror to both sides?