IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| EDWARD DRAINE, ) | |
| ) | |
| Plaintiff, ) | Case No. 09 C 2917 |
| ) | |
| v. ) | |
| ) | |
| CHAD BAUMAN, Star No. 15110, ) | Magistrate Judge Cole |
| and the CITY OF CHICAGO, ) | |
| ) | |
| Defendants. ) | Jury Demand |

**PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS COUNT I**

Plaintiff, EDWARD DRAINE, by his attorney, KURT H. FEUER, respectfully moves this Court to voluntarily dismiss Count I of his complaint. In support thereof, Plaintiff states as follows:

1. Under Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff may voluntarily dismiss all or part of his claims.

2. Plaintiff wishes to withdraw Count I of his complaint, his Section 1983 claim for wrongful search of Plaintiff's residence.

3. Plaintiff's remaining claims are all under Illinois law, and there is no basis for federal jurisdiction with respect to those claims.

WHEREFORE, Plaintiff respectfully requests this Court to enter an order voluntarily dismissing Count I of his complaint and remanding this matter to state court for further proceedings.

[s] Kurt H. Feuer
Attorney for Plaintiff

Kurt Feuer
Law Office of Kurt H. Feuer
312 N. May Street
Chicago, IL 60607
(312) 265-2208