IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| EDWARD DRAINE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 09 C 2917 |
| | ) | |
| v. | ) | |
| | ) | |
| CHAD BAUMAN, Star No. 15110, and | ) | Magistrate Judge Cole |
| the CITY OF CHICAGO, | ) | |
| | ) | |
| Defendants. | ) | Jury Demand |

## ORDER

This matter coming to be heard on Plaintiff's motion to voluntarily dismiss Count I of his Complaint and remand this matter to state court, all of the parties agreeing to said motion as long as the dismissal of Count I shall be with prejudice, and the Court further finding that there is no other basis for federal jurisdiction over this matter, it is hereby ordered:

1) that Count I of the Complaint is dismissed with prejudice; and

2) that this matter is remanded to state court for trial on Plaintiff's remaining claims.

Dated: October 28, 2010

_____
Magistrate Judge Jeffrey Cole